IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY HALL,

    Plaintiff,

v.                                                   Case No. 4:23-cv-259-AW-MAF

SGT. BROWN, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal for failure to prosecute and failure to comply with a court order. ECF No. 1. There has been no objection to the report and recommendation, which I now adopt and incorporate into this order. It appears Plaintiff has abandoned this litigation.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on December 11, 2023.

                                           s/ *Allen Winsor*
                                           United States District Judge